NUMBER
13-06-00420-CR

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG

____________________________________________________________


 

                              IN
RE: ROMAN VALVERDE PERALES

____________________________________________________________

 

                                  On
Petition for Writ of Mandamus ____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                         Before
Justices Hinojosa, Yañez, and Garza

                                Per
Curiam Memorandum Opinion[1]

 

Relator, Roman Valverde Perales, filed a petition for writ of mandamus in
the above cause on July 26, 2006, in which he requested this Court to direct
the Honorable Laura A. Weiser, presiding judge of the
County Court-at-Law No. 1 of Victoria County, Texas, to set aside 1) an order
dated July 14, 2006 granting the issuance of capias
in trial court cause No. 1-77,577 and 2) the capias
issued on July 18, 2006 in the same cause. 
Relator also filed a motion for emergency stay
in which he requested this Court to stay 1) the July 14, 2006 order granting capias and 2) the capias issued
on July 18, 2006. 








The Court, having examined and fully considered the
petition for writ of mandamus, motion for emergency stay, and documents on
file, is of the opinion that the petition for writ of mandamus and motion for
emergency stay should be denied.

Relator=s petition for writ of mandamus and motion for
emergency stay are hereby DENIED.  See
Tex. R. App. P. 52.8.   

PER CURIAM

 

 

Do
not publish. Tex. R.
App. P. 47.2(b).

 

Memorandum
Opinion delivered and filed

this
27th day of July, 2006.











[1]  See Tex. R.
App. P. 52.8(d) (AWhen denying relief, the court may
hand down an opinion but is not required to do so.@); Tex. R. App. P.
47.4 (distinguishing opinions and memorandum opinions).